**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Nain Vasquez Gonzalez,**<br>**Petitioner,**<br>**v.**<br>**Leonard Oddo, et al.,**<br>**Respondents.** | **Case No. 3:25-cv-424**<br>**Magistrate Judge Maureen Kelly**<br>Re: ECF No. 74 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES MOTION**

This matter having come before the Court upon Petitioner's Motion for Extension of Time to File Attorneys' Fees Motion (Doc. No. 74) and having considered this matter, it is hereby ordered that the motion be GRANTED. Petitioner shall file his motion for attorneys' fee and/or costs by December 7, 2026 and Respondents shall file any response by January 15, ~~2026.~~ 2027.

It is SO ORDERED.

Dated: 11/4/26

Maureen P. Kelly
The Honorable Maureen P. Kelly
United States Magistrate Judge